UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Valerie Brooks, | No. 2:20-cv-01953-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| Noah's New York Bagels Company, | |
| Defendants. | |

On December 23, 2020, the court stayed this action and ordered the parties to promptly meet and confer and discuss settlement of this action. ECF No. 8. The court also ordered the parties to initiate participation in this court's Voluntary Dispute Resolution Program (VDRP) if they were not able to informally reach a settlement within 45 days, and they were to complete a VDRP completion report. *Id.* at 2. No report has been filed, and court staff report that the parties have not initiated VDRP efforts. Plaintiff is **ordered to show cause within fourteen days** why this action should not dismissed for lack of prosecution under Rule 41(b).

IT IS SO ORDERED.

DATED: September 28, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1